UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND E. HECK, ET AL

VERSUS

KENNETH K. BUHLER, ET AL

CIVIL ACTION

NO. 07-21-C

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 6, 2007. An objection has been filed which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Partial Summary Judgment (rec.doc.46) filed by defendant, Wayne Triche, is granted, and plaintiffs' state law claims against Triche for negligent and fraudulent/intentional misrepresentation and conversion are dismissed with prejudice as prescribed.

Baton Rouge, Louisiana, November 30, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA