UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON<br><br>VERSUS<br><br>KENNETH K. BUHLER<br>WAYNE TRICHE | § §  **CIVIL ACTION NO. 07-21-RET-CN**<br>§<br>§ JUDGE BRIAN A. JACKSON<br>§<br>§<br>§<br>§ MAGISTRATE CHRISTINE NOLAND |

## MOTION TO STRIKE AND/OR DISREGARD
## UNTIMELY FILED JURY CHARGES

NOW INTO COURT, through undersigned counsel, come defendants Wayne Triche and Daryl DeArmond, who, upon showing to the Court that the Court's minute entry in the captioned case of April 27, 2011 [Doc. 154], states in part:

> Counsel shall submit requested voir dire and proposed jury charges
> no later than *Monday May 23, 2011*.

and upon further showing to the Court that, on the evening of Monday, May 30, 2011, counsel for the plaintiffs filed their proposed jury charges, herein move the Court for an order striking these jury charges or simply asking that the Court disregard them in connection with the trial of the captioned matter for the reasons more fully articulated in the memorandum in support of this motion.

RESPECTFULLY SUBMITTED:

*s/Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (#11197)
Carroll Devillier, Jr. (30477)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029

*Counsel for Wayne Triche*

976833.1

and

R. Loren Kleinpeter (#07447)
**KLEINPETER & KLEINPETER**
7644 Old Hammond Hwy.
Baton Rouge, LA 70809
225-926-5093
Fax: 225-926-5318

*Counsel for Daryl S. DeArmond*

976833.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON | § § § § | CIVIL ACTION NO. 07-21-RET-CN |
| VERSUS | § § § | JUDGE BRIAN A. JACKSON |
| KENNETH K. BUHLER WAYNE TRICHE | § § § | MAGISTRATE CHRISTINE NOLAND |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2011, a copy of the above and foregoing *Motion to Strike and/or Disregard Untimely Filed Jury Charges* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Donald L. Beckner, Peter G. Carmichael, and R. Loren Kleinpeter by operation of the Court's electronic filing system.

*s/Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (#11197)
BREAZEALE, SACHSE & WILSON, L.L.P.
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029
E-mail: cfr@bswllp.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON | § § § § |
| | § |
| VERSUS | § |
| | § |
| KENNETH K. BUHLER WAYNE TRICHE | § § § |

**CIVIL ACTION NO. 07-21-RET-CN**

JUDGE BRIAN A. JACKSON

MAGISTRATE CHRISTINE NOLAND

## ORDER

CONSIDERING THE FOREGOING MOTION;

IT IS ORDERED, that defendants Wayne Triche and Daryl DeArmond's motion to strike and/or disregard untimely filed jury charges is granted.

Baton Rouge, Louisiana this _____ day of May, 2011.

_____
HON. BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

976833.1