UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON | § § § § **CIVIL ACTION NO. 07-21-RET-CN** |
| VERSUS | § § JUDGE BRIAN A. JACKSON |
| KENNETH K. BUHLER WAYNE TRICHE | § § § MAGISTRATE CHRISTINE NOLAND |

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE AND/OR DISREGARD UNTIMELY FILED JURY CHARGES

Movers Wayne Triche and Daryl DeArmond (hereinafter collectively referred to as "Movers"), herein respectfully submit this memorandum in support of their Motion to Strike and/or Disregard Untimely Filed Jury Charges.

This Court entered a minute entry on April 27, 2011 [Doc. 154], which says, in pertinent part:

> Counsel shall submit requested voir dire and proposed jury charges no later than *Monday May 23, 2011*.

Counsel for Movers did not receive the jury charges proposed by plaintiffs until the evening of Monday, May 30, 2011 -- one week late.

This is not a minor transgression. May 23, 2011 was selected, because it was two weeks out from the trial date of June 6, 2011. Counsel for the plaintiffs have elected to wait one week, or literally half the time remaining until trial, before filing their proposed jury charges. They offer no excuse nor do they submit a motion for leave to allow the untimely filed jury charges.

This is not a situation where it is merely a pleading filed mere hours or a day or too late because of conflicts, etc. Indeed, counsel for Movers would have likely agreed to any justified extension of that short time period. To the contrary, this is a deliberate tactical delay allowing

plaintiffs' counsel full opportunity to review Movers' timely filed proposed jury charges, jury interrogatories and voir dire before making their submission seven (7) days later to the Court. In addition, a filing this late also requires that Movers' counsel, in order to substantively respond to the proposed jury charges (considered inappropriate), turn their attention to these proposed jury charges rather than general trial preparation. The very reason the May 23, 2011 date was selected (two weeks out from the trial date) was to allow the Court and the parties the final week before trial for preparation, rather than fighting over proposed jury charges, jury interrogatories, etc. It is, therefore, highly prejudicial to the Movers to allow these late filed jury charges at this time, and it is respectfully submitted they should not be considered by the Court.

Accordingly, for all the foregoing reasons, it is respectively submitted that the proposed jury charges submitted one week late, as filed by plaintiffs' counsel, should be stricken and/or disregarded by the Court.

RESPECTFULLY SUBMITTED:

*s/Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (#11197)
Carroll Devillier, Jr. (30477)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
Post Office Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile (225) 381-8029
*Counsel for Wayne Triche*

and

R. Loren Kleinpeter (#07447)
**KLEINPETER & KLEINPETER**
7644 Old Hammond Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-5093
Facsimile: (225) 926-5318
*Counsel for Daryl S. DeArmond*

976833.1