UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON | CIVIL ACTION NO.  07-021-BAJ-CN |
| PLAINTIFFS | JUDGE BRIAN A. JACKSON |
| VERSUS | MAGISTRATE CHRISTINE NOLAND |
| KENNETH K. BUHLER WAYNE TRICHE | JURY TRIAL |
| DEFENDANTS | |

*******************************************************************

PROPOSED JURY INSTRUCTION

Plaintiffs submit an additional jury instruction to accompany Plaintiffs' claim under Louisiana law for violation of Title 51, Section 712A(2) of the Louisiana Securities Law.   This additional jury instruction is on Conspiracy and is applicable to the Louisiana Securities Law.

Plaintiffs apologize for the tardiness of this additional jury instruction, but suggest that because of the time required to write three memoranda in opposition to three motion is limine filed by Defendant Triche and the inordinate of time Plaintiffs' counsel had to devote to the Pre-Trial Order and accompanying exhibit lists made it impossible to devote any time to preparing jury instructions, all of which was due on

the same day.  Counsel for Triche repeatedly sought revisions to the exhibit lists, moving exhibits from uncontested to contested and back again, and repeatedly changing and re-writing their objections to our exhibits and their responses to our objections to their exhibits, knowing full well that the ultimate responsibility for submitting the pre-trial order and all the exhibits, objections, and responses was on Plaintiffs' counsel.   This is evidenced by the fact that Triche's counsel has filed a motion to yet again revise the exhibit lists.

The jury instructions submitted by Plaintiffs certainly should come as no surprise to Triche's counsel, since they simply state the law pertaining to Plaintiffs' claims. Certainly, Triche's counsel has been aware of the law applicable to this case since this lawsuit was file almost five years ago, or at least by the time depositions began years ago, or at least by the time their first or second summary judgment motions were filed, also years ago.

We respectfully request that the jury instructions submitted by Plaintiffs correctly reflect the federal and Louisiana law applicable to this case and that such instructions, or very similar instructions, should be given.

Respectfully submitted,

**DONALD L. BECKNER & ASSOCIATES**

By: s/ Donald L. Beckner

Donald L. Beckner (La. Bar No. 02924)
Attorney at Law

Building 7, Suite A
Baton Rouge, Louisiana 70808
Telephone: [225] 769-7779
Fax: [225] 769-7884
E-Mail: don@donaldbeckner.com


**SEAGO & CARMICHAEL, PLC**


　　 s/ Peter G. Carmichael_____

PETER G. CARMICHAEL (La. No. 03903)
8126 One Calais Avenue, Suite 2C
Baton Rouge, LA 70809
Phone: (225) 766-5805
Facsimile: (225) 766-5812

peter@sclawcorp.com

## CERTIFICATE

I hereby certify that a copy of the foregoing has been filed electronically with the Clerk of the United States District Court for the Middle District of Louisiana using the CM/ECF system, accordingly a copy of this Motion will be sent by the Clerk of Court to Claude F. Reynaud, Jr., Esq., counsel for Defendant Wayne Triche and to R. Loren Kleinpeter, Esq., counsel for Defendant Daryl S. Dearmond. Further, a copy of the foregoing Opposition has been sent by U. S. Mail, postage prepaid, to Defendant Kenneth K. Buhler, 12707 Sandri Drive, Houston, Texas 77077.

Baton Rouge, Louisiana, this 2nd of June, 2011.

s/Donald L. Beckner
Donald L. Beckner
Counsel for Plaintiffs
