UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND E. HECK,                  CIVIL ACTION NO.  07-021-BAJ-CN
DOUG HAMLEY, CHARLES MOORE,
JOSEPH MCKEARN,
ALLEN RICHARDSON

                                                 JUDGE BRIAN A. JACKSON

PLAINTIFFS

                                                 MAGISTRATE CHRISTINE NOLAND

VERSUS

KENNETH K. BUHLER                <u>JURY TRIAL</u>
WAYNE TRICHE

         DEFENDANTS
*****************************************************************
         <u>LOUISIANA LAW OF CONSPIRACY     JURY CHARGE</u>

The term "conspiracy" generally means a plan by two or more persons to accomplish some unlawful, immoral, criminal or evil purpose either as a means or as an ultimate end. . . . Once the conspiracy has been established, the act done by one in furtherance of the unlawful act is in law the act of all. . . . The term "unlawful act" does not mean necessarily a criminal act; it means a wrongful act, tort or any wrongful act, not a breach of contract, for which a civil action will lie.

He who conspires with another person to commit an intentional and willful act is answerable, in solido, with that person, for the damage caused by such act.

1

2

***Louisiana Civil Code Article 2324 (A); Silver v. Nelson***, 610 F. Supp. 505, 516 (E.D. C. La., 1985)

***Ross v. Conoco, Inc.***, 805 So. 2d 352 (La. App. 3 Cir. 2001)

2