UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, DOUG HAMLEY, CHARLES MOORE, JOSEPH MCKEARN, ALLEN RICHARDSON § § § | CIVIL ACTION NO. 07-21-RET-CN |
| § | JUDGE BRIAN A. JACKSON |
| VERSUS § § § | |
| KENNETH K. BUHLER AND WAYNE TRICHE § | MAGISTRATE CHRISTINE NOLAND |

# ALTERNATIVE JURY INSTRUCTION NO. 20

Those who have no direct contact with plaintiffs in a securities case in connection with the subject purchases of securities can only be held liable in violation of §10(b) in limited circumstances. Such parties are referred to as secondary actors or aiders and abettors. To prove their respective claims under theories of aider and/or abettor liability on the part of Wayne Triche, each plaintiff must prove that false statements explicitly attributed to Wayne Triche were known to them at the time of their investment. The requisite "explicit attribution" is necessary to prove reliance as required under Rule 10(b)(5).

*Affco Investments 2001, L.L.C. v. Proskauer Rose, L.* 625 F.3d 185 (5th Cir. 2010.)