Heck v. Buhler
07 cv 21

Quest 2
6:15 pm
Response in writing

How much in dividends did each plaintiff receive, if any?

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
Baton Rouge, Louisiana 70801-1712

CHAMBERS OF
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE

Russell B. Long Federal
Building & Courthouse
777 Florida Street, Suite 375
(225) 389-3692

To the Jury:

To the extent you are asking the Court to provide you a fact in this case, please be reminded that you, the jury, are the finders of the facts. The Court cannot supply you with the facts, at this stage of the proceedings. You must determine the facts from the evidence presented at trial, exclusively.

Brian A. Jackson
6/9/11
6:50 p.m.

Heck v. Buhler
07cv21
Quest #1

Judge,

The Jury would like to request the explaination of the questions that was read to us before entering the deliberation room. We are having a bit of confusion about what certain terms mean when reguarding to the law.

* Does "instrumentality of interstat commerce?" mean only by telephone/mail?

- Does it include Email? or anything else?

Brad Works
6/9/11

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
Baton Rouge, Louisiana 70801-1712

CHAMBERS OF
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE

Russell B. Long Federal
Building & Courthouse
777 Florida Street, Suite 375
(225) 389-3692

To The Members of the Jury:

The use of an "instrumentality of interstate commerce" means, for example, the use of the mails, e-mails, or the telephone. It may also include interstate travel. It is not necessary that a misrepresentation or omission occur during the use of the mail, email, telephone or during interstate travel. All that is required is that the mails, emails, telephone or travel be used in some phase of the transaction. In other words, it is not necessary that the misrepresentation ~~or om~~ be communicated by telephone or by the mails or email or travel, only that the telephone or mails or email or travel be ~~conducted~~ or used at some stage of the events involved.

Brian A. Jackson
6/9/11
4:22 p.m.