UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND E. HECK, ET AL. | CIVIL ACTION |
| VERSUS | |
| KENNETH K. BUHLER, ET AL. | NO.: 3:07-cv-00021-BAJ |

### RULING AND ORDER

Considering Defendant Wayne Triche's **MOTION FOR STAY PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND** (Doc. 226):

**IT IS ORDERED** that the supersedeas bond appended to Defendant Triche's Motion (Doc. 226-2 is **APPROVED.**

**IT IS FURTHER ORDERED** that Defendant Triche shall be allowed to deposit with the Clerk of Court a certified check in the amount of $144,935.50, consisting of "the amount of the judgment plus 20% of the amount to cover interest, costs and any award of damages for delay." M.D.La. LR62.2.

**IT IS FURTHER ORDERED** that the judgment against Defendant Triche is "stay[ed] pending appeal in this case." *Hebert v. Exxon Corp.*, 953 F.2d 936, 938 (5th Cir. 1992); Fed. R. Civ. P. 62(d).

Baton Rouge, Louisiana, this 14th day of May, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Finance