UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


RAYMOND E. HECK, ET AL.

VERSUS

KENNETH K. BUHLER, ET AL.

CIVIL ACTION

NUMBER 07-21-BAJ-SCR

**RULING ON MOTION FOR EXTENSION OF TIME**

Before the court is the Plaintiffs' Motion for Extension of Time to Submit Responses to This Court's Ruling and Order of November 20, 2015.  Record document number 253.  According to the motion, defendant Wayne Triche does not consent to the relief requested.

The Ruling and Order to which the motion refers does not require any action by the plaintiffs or the defendant Triche.  Rather, it required the assigned magistrate judge to make factual findings as to whether defendant Triche has offered to pay the full amount he properly owes, including interest, in light of the ruling, the prior judgment and the ruling on attorney's fees.

So as to give the parties time to reassess their respective positions after considering the Ruling and Order, to provide them with an opportunity to resolve their differences amicably, and to provide the court with their calculations of the amount owed if they are unable to do so, an Order to Supplement was issued on November 24, 2015.  The last paragraph of the motion clarifies that

the plaintiffs seek additional time to comply with the Order to Supplement.  Due to their attorney being ill, the plaintiffs seek a 13-day extension of the December 8, 2015 date by which responses to the Order to Supplement are due.

Considering the circumstances, the court finds good cause to grant the requested extension.

Therefore;

IT IS ORDERED that the December 8, 2015 deadline set in the Order to Supplement is extended to December 21, 2015.

Baton Rouge, Louisiana, December 4, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE